```
           IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

THE CHEAT LAKE ENVIRONMENT
AND RECREATION ASSOCIATION,
FRIENDS OF BLACKWATER and
THE WEST VIRGINIA CHAPTER
OF THE SIERRA CLUB,

      Plaintiffs,

v.                                    Civil Action No. 1:05CV61
                                                         (STAMP)
ALLEGHENY WOOD PRODUCTS, INC.,

      Defendant.

## ORDER DIRECTING THE PARTIES TO FILE
## UPDATED STATUS REPORT IN SIX MONTHS

Pursuant to this Court's August 24, 2007 order, the parties in the above-styled civil action submitted a joint status report. In their joint status report, the parties inform this Court that they continue to cooperate and to make progress implementing the terms of the parties' settlement agreement, which this Court ratified in an order dated February 5, 2007. This Court appreciates the progress being made.

This Court finds that it would be beneficial for the parties to file an updated joint status report six months from the date of this order. Therefore, the parties are DIRECTED to file a joint status report apprising the Court of the status of this case on or before **March 11, 2008**. If this matter is fully resolved before that date, the parties are DIRECTED to file a motion promptly with this Court for dismissal of this action with prejudice.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    September 12, 2007

>                             /s/ Frederick P. Stamp, Jr.
>                             FREDERICK P. STAMP, JR.
>                             UNITED STATES DISTRICT JUDGE